IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDWARD CARTER**                                                                             **PLAINTIFF**

v.                                     No. 4:12-cv-605-DPM

**NOVARTIS PHARMACEUTICALS CORP.**                              **DEFENDANT**

### ORDER

The Court needs a full status report from all counsel. The report should cover any pending motions, any other issues needing resolution, Beatie and Osborn's roles as counsel, and the next steps for moving the case forward. Status report due 15 January 2013. Phillip J. Miller has enrolled as counsel, but has not yet registered with CM/ECF for the Eastern District of Arkansas. He should do so by 31 December 2012.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 December 2012